**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry Maurice WALKER,**
**Defendant–Appellant.**

**No. 12–7350.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 16, 2012.

Larry Maurice Walker, Appellant Pro Se. Michael Ronald Gill, Angela Mastandrea–Miller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Maurice Walker appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction and his supplemental § 3582(c)(2) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walker,* No. 3:04–cr–00278–REP–1 (E.D.Va. Apr. 3, 2012). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*